IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 04-cr-00218-PSF

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ERSKINE LEE RICE,

      Defendant.

---

## ORDER SET HEARING ON VIOLATIONS OF SUPERVISED RELEASE

---

IT IS ORDERED that a hearing is set for **Wednesday, March 14, 2007 at**

**8:30 a.m.** in Courtroom A602 of the U.S. District Courthouse, 901 19th Street, Denver,

Colorado, regarding Defendant Rice's alleged violations of his supervised release.

      DATED:  February 22, 2007

                    BY THE COURT:

                    *s/ Phillip S. Figa*

                    Phillip S. Figa
                    United States District Judge