IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 04-cr-00218-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERSKINE LEE RICE,

    Defendant.

**ORDER RESETTING HEARING ON VIOLATIONS OF SUPERVISED RELEASE**

This matter is before the Court *sua sponte*. IT IS ORDERED that the hearing on violation of supervised release currently set for March 14, 2007 at 8:30 a.m. is RESET for **Monday, March 12, 2007 at 11:00 a.m.**

    DATED: March 9, 2007

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge