IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 04-cr-00218-PSF-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERSKINE LEE RICE,

    Defendant.

---

ORDER MODIFYING TERMS AND CONDITIONS OF SUPERVISED RELEASE

---

    This matter comes before the Court on a report from the probation officer that the defendant violated his conditions of supervised release. On March 12, 2007, the defendant admitted guilt to Violation 1 of the probation officer's petition. Violations 2 through 5 were deemed "withdrawn" and not considered by the Court. Accordingly, It is

    ORDERED that the defendant's supervision be continued and that his conditions be modified to include placement in a residential re-entry center for a period of six (6) months to commence upon available bed space. The defendant shall be remanded until such time as bed space is available. It is

    FURTHER ORDERED that all previously ordered conditions remain in full force and effect.

    DATED: March 27, 2007

                                        BY THE COURT:

                                        *s/ Walker D. Miller / for*
                                        _____
                                        Phillip S. Figa
                                        United States District Judge